WILLIAM H. CROFT, JR., Respondent, v. BEVERLEY B. CROFT, Appellant.— Order unanimously modified by awarding defendant the sum of $1,500 to cover

counsel fee and all expenses in the preparation of her defense and by granting her an extension of time to answer to be fixed in the order, and, as so modified, affirmed, with twenty dollars costs and disbursements to the appellant. No opinion. Settle order on notice. Present — Martin, P. J., O'Malley, Townley, Dore and Callahan, JJ.